UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | | |
|---|---|---|
| CHRISTOPHER E. BROWN, an individual, | X | |
| Plaintiff, | X | 08 CV 04289 (SHS) |
| -against- | X | ECF CASE |
| J&R ELECTRONICS INC., a New York Corporation, | X | |
| | X | |
| Defendant | X | |

----------------------------------------------------------------X

### DEFENDANT'S RULE 7.1(a) DISCLOSURE STATEMENT

Defendant J&R Electronics Inc. (hereinafter "J&R") is owned 50.000% by Joseph Friedman and 50.000% by Rachelle Friedman.

Dated: New York, New York
      May 22, 2008

MOSS & BORIS, P.C.

Counsel for Defendant

Neal D. Haber, Esq. (NH-4118)
708 Third Avenue
6th Floor
New York, New York 10017
(212) 209-3898
nhaber@mossboris.com