USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHRISTOPHER E. BROWN,   :   08 Civ. 4289 (SHS)

                Plaintiff,   :

   -against-   :   ORDER

J & R ELECTRONICS INC.,   :

                Defendant.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    Initial disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or before August 15, 2008;

    2.    There will be a pretrial conference on October 10, 2008, at 10:00 a.m.; and

    3.    The last day for completion of fact discovery is December 31, 2008.

Dated: New York, New York
          July 25, 2008

SO ORDERED:

Sidney H. Stein, U.S.D.J.