USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | | |
|---|---|---|
| CHRISTOPHER E. BROWN, an individual, | X | |
| Plaintiff, | X | 08 CV 04289 (SHS) |
| -against- | X | ECF CASE |
| J&R ELECTRONICS INC., a New York Corporation, | X | STIPULATION |
| | X | |
| Defendant | X | |

----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, that the time for Defendant to serve on Plaintiff its Initial Disclosures, presently due on August 15, 2008, be extended to and including August 20, 2008.

Dated: August 14, 2008

| | |
|---|---|
| KU & MUSSMAN, P.A.<br>Attorneys for Plaintiff<br><br>By: _____<br>J. Justin Griffin, Esq.<br>Of Counsel<br>176 Route 304, 2nd Floor<br>Bardonia, New York 10954<br>Tel: (845) 623-8071<br>Fax: (845) 623-8072<br>jjg10@hotmail.com | MOSS & BORIS, P.C.<br>Attorneys for Defendant<br><br>By: _____<br><br>Neal D. Haber<br>708 Third Avenue, 6th Floor<br>New York, New York 10017<br>Tel: (212) 209-3898<br>Fax: (212) 209-7108<br>nhaber@mossboris.com |

SO ORDERED 8/18/08

_____
Sidney H. Stein, U.S.D.J.